NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DATATREASURY CORPORATION,**
*Appellant*

**v.**

**FIDELITY NATIONAL INFORMATION SERVICES, INC.,**
*Appellee*

---

2016-1046, 2016-1048

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. CBM2014-00020, CBM2014-00021.

---

**JUDGMENT**

---

CHRISTIAN JOHN HURT, Nix Patterson & Roach LLP, Dallas, TX, argued for appellant. Also represented by DEREK TOD GILLLAND, Daingerfield, TX; EDWARD K. CHIN, Albritton Law Firm, Longview, TX.

ERIKA ARNER, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Reston, VA, argued for appellee. Also represented by RACHEL L. EMSLEY, Boston, MA; KEVIN D.

RODKEY, Atlanta, GA; DEBORAH SEGERS, Fidelity National Information Systems, Inc., Jacksonville, FL.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, WALLACH, and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 13, 2016
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court